IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sean C. Evanovich, | ) Case No. 14-23175-CMB |
| | ) Chapter 13 |
| *Debtor(s)* | ) Document No.    WO-1 |
| | ) |
| | ) |
| Sean C. Evanovich, | ) |
| *Movant(s)* | ) |
| | ) |
| Social Security No. XXX-XX- 9006 | ) |
| | ) |
| *vs.* | ) |
| | ) |
| PNC Bank and | ) |
| Ronda J. Winnecour, Trustee | ) |
| *Respondent(s)* | ) |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>January 11, 2017.</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>First Class Mail                                                                 </u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

PNC Bank
Attn: Payroll Mailstop B7-YB13-23-1
1900 E. 9th Street
Cleveland, OH 44114

Sean C. Evanovich
1303 Oakridge Road
McDonald, PA 15057

By:    <u>/s/ Christopher M. Frye                     </u>
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street

Pittsburgh, PA 15219
(412) 391-8000
[Chris.frye@steidl-steinberg.com](mailto:Chris.frye@steidl-steinberg.com)
PA I.D. No. 208402