IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| Sean C. Evanovich, | ) | Case No. 14-23175 |
| | ) | Chapter 13 |
| | ) | Document No. |
| *Debtor* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Sean C. Evanovich, had an address of 1303 Oakridge Road, McDonald, PA 15057.

2. The debtor has since moved and the new address is 331 Ridgepoint Circle, Apt. 14A, Bridgeville, PA 15017.

WHEREFORE, the debtor, Sean C. Evanovich, respectfully files this Notice of Change of Address.

Respectfully submitted,

January 17, 2017                /s/ Christopher M. Frye
DATE                    Christopher M. Frye, Esquire
                    Attorney for the Debtor

                    STEIDL & STEINBERG
                    Suite 2830, Gulf Tower
                    707 Grant Street
                    Pittsburgh, PA 15219
                    (412) 391-8000
                    Chris.frye@steidl-steinberg.com
                    PA I.D. No. 208402