# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SEAN C. EVANOVICH | Case No. 14-23175CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CAPITAL RECOVERY V LLC++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The mailing address is defunct and mail is being returned by the Postal Service.

CAPITAL RECOVERY V LLC++  
C/O RECOVERY MANAGEMENT SYSTEMS CORP  
25 SE 2ND AVE STE 1120  
MIAMI, FL 33131-1605

Court claim# 14/Trustee CID# 12

The Movant further certifies that on 07/01/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
original creditor  
putative creditor  
counsel for debtor(s)  
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>SEAN C. EVANOVICH, 331 RIDGEPOINT CIRCLE, APARTMENT 14A, BRIDGEVILLE, PA  15017 | DEBTOR'S COUNSEL:<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |

ORIGINAL CREDITOR:
CAPITAL RECOVERY V LLC++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605

NEW CREDITOR: