**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/01/2019

IN RE:

SEAN C. EVANOVICH
331 RIDGEPOINT CIRCLE
APARTMENT 14A
BRIDGEVILLE, PA  15017
XXX-XX-9006         Debtor(s)

Case No.14-23175 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/1/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

Case 14-23175-CMB   Doc 57   Filed 07/01/19   Entered 07/01/19 14:49:13   Desc
Page 3 of 5

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim Amount / Comment | Cred Desc / Account No. |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 186.77 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4001 |
| **JPMORGAN CHASE BANK NA** <br> 3415 VISION DR <br> MAIL CODE OH4-7142 <br> COLUMBUS, OH  43219 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*CL16GOV*1903/PL@CHASE MRTG*DKT4PMT-LMT*BGN 9/14*TIMELY/DC | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 6298 |
| **FIRST COMMONWEALTH BANK*** <br> POB 400* <br> INDIANA, PA  15701 | Trustee Claim Number: 3   INT %: 3.99% <br> Court Claim Number: 1 <br> CLAIM: 14,840.19 <br> COMMENT: 16000@7%/PL@K~PL NT K | CRED DESC: VEHICLE <br> ACCOUNT NO.: 0141 |
| **M & T BANK** <br> PO BOX 1508 <br> BUFFALO, NY  14240 | Trustee Claim Number: 4   INT %: 5.99% <br> Court Claim Number: 7 <br> CLAIM: 7,305.91 <br> COMMENT: 7559@7%/PL@K*PL NT K*W/22 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 4816 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 2,528.08 <br> COMMENT: 2457.74@0%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 9006 |
| **ECAST SETTLEMENT CORP** <br> POB 29262 <br> NEW YORK, NY  10087-9262 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 14,395.18 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1279 |
| **FIA CARD SERVICES NA** <br> PO BOX 15102 <br> WILMINGTON, DE  19886-5102 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 5,008.89 <br> COMMENT: 5301*BANK OF AMERICA/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6021 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 1,252.80 <br> COMMENT: CITIBANK~BEST BUY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6860 |
| **BILL ME LATER** <br> POB 2394 <br> OMAHA, NE  68103-2394 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PAYPAL SVCS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9280 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ  85282 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 8,590.51 <br> COMMENT: CAP 1~PLATINUM GM MC | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3424 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **CREDIT FIRST NA*** <br> BK 13 CREDIT OPERATIONS* <br> POB 818011* <br> CLEVELAND, OH  44181-8011 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: FIRESTONE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4175 |
| **CAPITAL RECOVERY V LLC++** <br> C/O RECOVERY MANAGEMENT SYSTEMS CORP <br> 25 SE 2ND AVE STE 1120 <br> MIAMI, FL  33131-1605 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 142.95 <br> COMMENT: JCP*NTC-RSV | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5097 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 787.21 <br> COMMENT: CITIBANK~NTB | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3647 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH  44101 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 14,143.97 <br> COMMENT: LOAN TAKEN: 8/10/12 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9885 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 1,140.42 <br> COMMENT: CITIBANK~RADIO SHACK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3797 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 1,852.37 <br> COMMENT: SYNCHRONY BANK~WAL MART~DISCOVER | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1200 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH  44101 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 0.00 <br> COMMENT: CL 4@ 14143.97~DUP OF CL 3*DKT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9885 |
| **JEFFREY R HUNT ESQ** <br> GOEHRING ET AL <br> 437 GRANT ST 14TH FL <br> PITTSBURGH, PA  15219-6107 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: TWP OF ROBINSON/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ** <br> GOEHRING ET AL <br> 437 GRANT ST 14TH FL <br> PITTSBURGH, PA  15219-6107 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: MONTOUR SD/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 75.78 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9006 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **MONTOUR SD & ROBINSON TOWNSHIP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 6,814.10<br>COMMENT: CL6GOV/CONF*2007-2010*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0857 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 23.98<br>COMMENT: NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4816 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 194.83<br>COMMENT: C16GOV/CONF*$0/PL@CHASE MRTG*THRU 8/14*TIMELY/DOE | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6298 |

Case 14-23175-CMB    Doc 57    Filed 07/01/19    Entered 07/01/19 14:49:13    Desc
Page 5 of 5