<sub>Form 408</sub>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sean C. Evanovich**
   Debtor(s)

Bankruptcy Case No.: 14−23175−CMB
Related to Doc. No. 68
Chapter: 13
Docket No.: 69 − 68

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of November, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/19/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/13/20.**

                                                        <u>Carlota M. Bohm</u>
                                                        United States Bankruptcy Judge

   cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23175-CMB
Sean C. Evanovich                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric           Page 1 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 408         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db          +Sean C. Evanovich,    331 Ridgepoint Circle,    Apt. 14A,    Bridgeville, PA 15017-1574
cr          +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
             Tucson, AZ 85712-1083
13901590     AT&T Univeral Card,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
13901591    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,     Card Services Credit Department,    PO Box 981811,
             El Paso, TX 79998-9986)
13901592    +Best Buy,    c/o Citi,    PO Box 790441,    Saint Louis, MO 63179-0441
13901605    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: National Tire & Battery,     General Correspondence,    PO Box 653054,
             Dallas, TX 75265-3054)
13962373    +Cavalry SPV I,LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road, Suite # 200,
             Tucson, AZ 85712-1083
13901595     Chase Mortgage,    Attn: Customer Service Research,    Mail Code: OH4-7302,    P.O. Box 24696,
             Columbus, OH 43224-0696
13949688     ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
             NEW YORK, NY 10087-9262
13905868    +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13901596     Firestone,    c/o Credit First National Association,    BK-11/ Customer Service,    PO Box 81315,
             Cleveland, OH 44181-0315
13901598    +Genene Evanovich,    34 Westchester Court,    Mc Kees Rocks, PA 15136-1380
13982360    +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13942430     M&T Bank,    PO BOX 1508,    Buffalo, NY 14240-1508
13907014    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13901606     PNC Bank, N.A.,    Centralized Customer Assistance Team,    PO Box 1366,
             Pittsburgh, PA 15230-1366
13936298    +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13901593     E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:49:51     Bill Me Later/PayPal Services,
             P.O. Box 2394,    Omaha, NE 68103-2394
13901594     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 03:49:56     Capital One GM,
             PO Box 71107,    Charlotte, NC 28272-1107
13958944     E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2019 03:48:28     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13958603    +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2019 03:41:10     Duquesne Light Company,
             c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
13901597     E-mail/Text: bankruptcynotice@fcbanking.com Nov 28 2019 03:38:33     First Commonwealth Bank,
             P. O. Box 400,    Indiana, PA 15701-0400
13905296    +E-mail/Text: kpenn@lenderlaw.com Nov 28 2019 03:41:24     First Commonwealth Bank,
             c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
             401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13901601     E-mail/Text: cio.bncmail@irs.gov Nov 28 2019 03:38:48     Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
13901602     E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:49:50     JC Penney Credit Services,
             Customer Service C/O GECRB,    PO Box 965009,    Orlando, FL 32896-5009
13901604     E-mail/Text: camanagement@mtb.com Nov 28 2019 03:38:51     M&T Bank,
             1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13901603     E-mail/Text: camanagement@mtb.com Nov 28 2019 03:38:51     M&T Bank,   Lending Services,
             Customer Support,    PO Box 900,    Millsboro, DE 19966
13948347     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:47:00
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13901608     E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:48:06     Walmart,    PO Box 530927,
             Atlanta, GA 30353-0927
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Montour School District
cr              Township of Robinson
13901607*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Radio Shack,    General Correspondence,    PO Box 653054,
               Dallas, TX 75265-3054)
13901599*    +Genene Evanovich,    34 Westchester Court,    Mc Kees Rocks, PA 15136-1380
13901600*    +Genene Evanovich,    34 Westchester Court,    Mc Kees Rocks, PA 15136-1380
13907268*    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982

```
District/off: 0315-2           User: dric                  Page 2 of 2                   Date Rcvd: Nov 27, 2019
                               Form ID: 408                Total Noticed: 29

cr           ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,   Pittsburgh, PA 15222-1004
                                                                                          TOTALS: 4, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:

```
            Andrew F Gornall     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             andygornall@latouflawfirm.com
            Christopher M. Frye    on behalf of Debtor Sean C. Evanovich chris.frye@steidl-steinberg.com,
             julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
             ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
             inberg.com
            James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com,
             cnoroski@grblaw.com
            Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
             cnoroski@grblaw.com
            Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             pabk@logs.com
            Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 10
```