**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SEAN C. EVANOVICH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-23175<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 25, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/05/2014 and confirmed on 9/9/14. The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 173,624.40 |
| Less Refunds to Debtor | 4,732.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 168,891.92 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 6,977.93 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,377.93 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 109,026.16 | 0.00 | 109,026.16 |
|     Acct: 6298 | | | | |
|   JPMORGAN CHASE BANK NA | 194.83 | 194.83 | 0.00 | 194.83 |
|     Acct: 6298 | | | | |
|   FIRST COMMONWEALTH BANK* | 14,840.19 | 14,840.19 | 1,415.21 | 16,255.40 |
|     Acct: 0141 | | | | |
|   M & T BANK | 7,305.91 | 7,305.91 | 949.24 | 8,255.15 |
|     Acct: 4816 | | | | |
| | | | | 133,731.54 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEAN C. EVANOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEAN C. EVANOVICH | 1,287.70 | 1,287.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEAN C. EVANOVICH | 3,444.78 | 3,444.78 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 2,528.08 | 2,528.08 | 0.00 | 2,528.08 |
|     Acct: 9006 | | | | |
|   MONTOUR SD & ROBINSON TOWNSHIP | 6,814.10 | 6,814.10 | 0.00 | 6,814.10 |
|     Acct: 0857 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 46.37 | 46.37 | 0.00 | 46.37 |
|     Acct: XXXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 9,388.55 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 186.77 | 60.58 | 0.00 | 60.58 |
|     Acct: 4001 | | | | |
|   ECAST SETTLEMENT CORP | 14,395.18 | 4,669.36 | 0.00 | 4,669.36 |
|     Acct: 1279 | | | | |
|   FIA CARD SERVICES NA | 5,008.89 | 1,624.73 | 0.00 | 1,624.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6021 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,252.80 | 406.37 | 0.00 | 406.37 |
| Acct: 6860 | | | | |
| BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9280 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 8,590.51 | 2,786.50 | 0.00 | 2,786.50 |
| Acct: 3424 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4175 | | | | |
| CAPITAL RECOVERY V LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5097 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 787.21 | 255.35 | 0.00 | 255.35 |
| Acct: 3647 | | | | |
| PNC BANK NA | 14,143.97 | 4,587.88 | 0.00 | 4,587.88 |
| Acct: 9885 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,140.42 | 369.92 | 0.00 | 369.92 |
| Acct: 3797 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,852.37 | 600.85 | 0.00 | 600.85 |
| Acct: 1200 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9885 | | | | |
| INTERNAL REVENUE SERVICE* | 75.78 | 24.58 | 0.00 | 24.58 |
| Acct: 9006 | | | | |
| M & T BANK | 23.98 | 7.78 | 0.00 | 7.78 |
| Acct: 4816 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,393.90 |

TOTAL PAID TO CREDITORS                                                                                 158,513.99

TOTAL
CLAIMED          9,388.55
PRIORITY        22,340.93
SECURED         47,457.88

Date: 11/25/2019                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　SEAN C. EVANOVICH<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:14-23175<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23175-CMB
Sean C. Evanovich                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 2           Date Rcvd: Nov 27, 2019
                            Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db         +Sean C. Evanovich,    331 Ridgepoint Circle,    Apt. 14A,   Bridgeville, PA 15017-1574
cr         +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
             Tucson, AZ 85712-1083
13901590    AT&T Univeral Card,    P. O. Box 6500,   Sioux Falls, SD 57117-6500
13901591   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court:   Bank of America,    Card Services Credit Department,    PO Box 981811,
             El Paso, TX 79998-9986)
13901592   +Best Buy,    c/o Citi,   PO Box 790441,   Saint Louis, MO 63179-0441
13901605  ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court:   National Tire & Battery,    General Correspondence,    PO Box 653054,
             Dallas, TX 75265-3054)
13962373   +Cavalry SPV I,LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road, Suite # 200,
             Tucson, AZ 85712-1083
13901595    Chase Mortgage,    Attn: Customer Service Research,   Mail Code: OH4-7302,    P.O. Box 24696,
             Columbus, OH 43224-0696
13949688    ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
             NEW YORK, NY 10087-9262
13905868   +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13901596    Firestone,    c/o Credit First National Association,   BK-11/ Customer Service,    PO Box 81315,
             Cleveland, OH 44181-0315
13901598   +Genene Evanovich,    34 Westchester Court,   Mc Kees Rocks, PA 15136-1380
13982360   +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13942430    M&T Bank,   PO BOX 1508,   Buffalo, NY 14240-1508
13907014   +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
13901606    PNC Bank, N.A.,    Centralized Customer Assistance Team,   PO Box 1366,
             Pittsburgh, PA 15230-1366
13936298   +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13901593    E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:44     Bill Me Later/PayPal Services,
             P.O. Box 2394,   Omaha, NE 68103-2394
13901594    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 03:48:13     Capital One GM,
             PO Box 71107,   Charlotte, NC 28272-1107
13958944    E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2019 03:50:09     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13958603   +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2019 03:41:09     Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
13901597    E-mail/Text: bankruptcynotice@fcbanking.com Nov 28 2019 03:38:33     First Commonwealth Bank,
             P. O. Box 400,   Indiana, PA 15701-0400
13905296   +E-mail/Text: kpenn@lenderlaw.com Nov 28 2019 03:41:24     First Commonwealth Bank,
             c/o Kirsten S. Penn, Esquire,   McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
             401 Liberty Avenue,   Pittsburgh, PA 15222-1000
13901601    E-mail/Text: cio.bncmail@irs.gov Nov 28 2019 03:38:48     Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
13901602    E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:48:06     JC Penney Credit Services,
             Customer Service C/O GECRB,   PO Box 965009,   Orlando, FL 32896-5009
13901604    E-mail/Text: camanagement@mtb.com Nov 28 2019 03:38:51    M&T Bank,
             1 Fountain Plaza, 3rd Floor,   Buffalo, NY 14203
13901603    E-mail/Text: camanagement@mtb.com Nov 28 2019 03:38:51    M&T Bank,   Lending Services,
             Customer Support,    PO Box 900,   Millsboro, DE 19966
13948347    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:48:24
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13901608    E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:48:05     Walmart,   PO Box 530927,
             Atlanta, GA 30353-0927
                                                                                             TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr             Montour School District
cr             Township of Robinson
13901607*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:   Radio Shack,   General Correspondence,   PO Box 653054,
               Dallas, TX 75265-3054)
13901599*    +Genene Evanovich,   34 Westchester Court,   Mc Kees Rocks, PA 15136-1380
13901600*    +Genene Evanovich,   34 Westchester Court,   Mc Kees Rocks, PA 15136-1380
13907268*    +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                   Date Rcvd: Nov 27, 2019
                               Form ID: pdf900             Total Noticed: 29

cr           ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
               401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                        TOTALS: 4, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor Sean C. Evanovich chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```