**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　SEAN C. EVANOVICH<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:14-23175<br><br>Chapter 13<br><br>Document No.: 68<br><br>**ENTERED BY DEFAULT** |

**ORDER OF COURT**

　　AND NOW, this ___28th___ day of ___January___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_Carlota M. Böhm_  dmr
FILED　　　　　　　　　　　　　　　　　Carlota M. Böhm
1/28/20 4:22 pm　　　　　　　　　　　Chief United States Bankruptcy Court Judge
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 14-23175-CMB
Sean C. Evanovich                                                       Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: nsha                   Page 1 of 2                  Date Rcvd: Jan 28, 2020
                              Form ID: pdf900              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db             +Sean C. Evanovich,    331 Ridgepoint Circle,    Apt. 14A,    Bridgeville, PA 15017-1574
cr             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13901590        AT&T Univeral Card,    P. O. Box 6500,   Sioux Falls, SD 57117-6500
13901591       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Card Services Credit Department,    PO Box 981811,
                 El Paso, TX 79998-9986)
13901592       +Best Buy,    c/o Citi,   PO Box 790441,    Saint Louis, MO 63179-0441
13901605       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: National Tire & Battery,     General Correspondence,    PO Box 653054,
                 Dallas, TX 75265-3054)
13962373       +Cavalry SPV I,LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road, Suite # 200,
                 Tucson, AZ 85712-1083
13901595        Chase Mortgage,    Attn: Customer Service Research,    Mail Code: OH4-7302,    P.O. Box 24696,
                 Columbus, OH 43224-0696
13949688        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13905868       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13901596        Firestone,   c/o Credit First National Association,     BK-11/ Customer Service,    PO Box 81315,
                 Cleveland, OH 44181-0315
13901598       +Genene Evanovich,    34 Westchester Court,    Mc Kees Rocks, PA 15136-1380
13982360       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,    Monroe, LA 71203-4774
13942430        M&T Bank,   PO BOX 1508,    Buffalo, NY 14240-1508
13907014       +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
13901606        PNC Bank, N.A.,    Centralized Customer Assistance Team,     PO Box 1366,
                 Pittsburgh, PA 15230-1366
13936298       +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13901593        E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 03:34:36      Bill Me Later/PayPal Services,
                 P.O. Box 2394,   Omaha, NE 68103-2394
13901594        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2020 03:34:36       Capital One GM,
                 PO Box 71107,   Charlotte, NC 28272-1107
13958944        E-mail/PDF: rmscedi@recoverycorp.com Jan 29 2020 03:34:38      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13958603       +E-mail/Text: kburkley@bernsteinlaw.com Jan 29 2020 03:15:17      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13901597        E-mail/Text: bankruptcynotice@fcbanking.com Jan 29 2020 03:14:36      First Commonwealth Bank,
                 P. O. Box 400,   Indiana, PA 15701-0400
13905296       +E-mail/Text: kpenn@lenderlaw.com Jan 29 2020 03:15:27      First Commonwealth Bank,
                 c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,   Pittsburgh, PA 15222-1000
13901601        E-mail/Text: cio.bncmail@irs.gov Jan 29 2020 03:14:40      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
13901602        E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 03:34:35      JC Penney Credit Services,
                 Customer Service C/O GECRB,    PO Box 965009,   Orlando, FL 32896-5009
13901604        E-mail/Text: camanagement@mtb.com Jan 29 2020 03:14:42      M&T Bank,
                 1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
13901603        E-mail/Text: camanagement@mtb.com Jan 29 2020 03:14:42      M&T Bank,    Lending Services,
                 Customer Support,   PO Box 900,    Millsboro, DE 19966
13948347        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:35:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13901608        E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 03:35:06      Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Montour School District
cr              Township of Robinson
13901607*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Radio Shack,    General Correspondence,    PO Box 653054,
                 Dallas, TX 75265-3054)
13901599*      +Genene Evanovich,    34 Westchester Court,    Mc Kees Rocks, PA 15136-1380
13901600*      +Genene Evanovich,    34 Westchester Court,    Mc Kees Rocks, PA 15136-1380
13907268*      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
```

```
District/off: 0315-2          User: nsha               Page 2 of 2               Date Rcvd: Jan 28, 2020
                              Form ID: pdf900         Total Noticed: 29

cr           ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,   Pittsburgh, PA 15222-1004
                                                                                 TOTALS: 4, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
```
              Andrew F Gornall     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Christopher M. Frye     on behalf of Debtor Sean C. Evanovich chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James     Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Township of Robinson jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kevin Scott Frankel     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Kirsten S. Penn     on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```